171 A.3d 1253

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. EUGENE C. TAYLOR, DEFENDANT–MOVANT.

M–243 Sept.Term 2017
079950

October 20, 2017

## ORDER

It is ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–243) is granted.

171 A.3d 1253

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. M.Z., DEFENDANT–PETITIONER.

C–228 Sept.Term 2017
079480

October 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000464–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.